UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
United States of America,

                Plaintiff,

-against-

                                                                      Case No. 7:90-cr-846

Warren D. Bodiford

                Defendant.

———————————————————————— x

## ORDER

This case is administratively closed. The Clerk of Court is directed to terminate this case on the Court's docket.

Dated: _August 26, 2022_
Poughkeepsie, New York

SO ORDERED.

_/s/ Martin R. Goldberg_
Hon. Martin R. Goldberg
United States Magistrate Judge